### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

**HAROLD MILLER,**

 **Plaintiff,**

**v.**                     **No. 1:10-cv-01233-egb**

**LAWYERS TITLE INSURANCE CORPORATION,**

 **Defendant.**

### ODER GRANTING PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT

This matter came before this Honorable Court upon Plaintiff Harold Miller's Motion to Remand Case to State Court filed September 21, 2010. The Court considers the facts and arguments set forth by Plaintiff, the lack of objection by Defendant, and finds Plaintiff's Motion is well-taken.

IT IS, THEREFORE, CONSIDERED AND ORDERED BY THE COURT that Plaintiff's Motion to Remand Case to State Court is hereby granted.

            s/ J. DANIEL BREEN
            UNITED STATES DISTRICT JUDGE

            DATE:  September 28, 2010

APPROVED FOR ENTRY:

s/Kyle C. Atkins_____
KYLE C. ATKINS  BPR# 017861
Flippin, Atkins & Crider, P.C.
1302 Main Street
Humboldt, Tennessee 38343
(731) 784-2818

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing pleading was served on **Mark Glover and Brent E. Siler, Baker Donelson, Bearman, Caldwell & Berkowitz, PC, Attorneys for Defendant, 165 Madison Ave. Suite 2000, Memphis, Tennessee 38103,** via electronic filing through the U.S. District Court's ECF System this the 21 day of September, 2010.

                                                                                            s/Kyle C. Atkins_____
                                                                                            KYLE C. ATKINS BPR# 017861